DONNER v. MERCY. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Philip C. Donner against Meyer Mercy. No opinion. Motion denied, with $10 costs.

DOWLING, Appellant, v. NASSAU ELECTRIC R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 13, 1903.) Action by Prudence Dowling against the Nassau Electric Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

DU BOIS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Lena Du Bois, as administratrix of Elmer J. Du Bois, deceased, against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

WOODWARD and JENKS, JJ., dissent.

DUNLOP v. MULRY et al. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Action by Clark W. Dunlop against Lawrence V. Mulry and others. No opinion. Motion denied.

DUNLOP v. MULRY. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Clark W. Dunlop against Lawrence V. Mulry. No opinion. Motion to send papers back to county clerk granted.

DYKMAN et al., Appellants, v. UNITED STATES LIFE INS. CO. IN CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Action by William N. Dykman and the Brooklyn Trust Company, as executors, etc., against the United States Life Insurance Company in the City of New York. No opinion. Order affirmed, with $10 costs and disbursements.

EDWARDS v. FORTY SECOND ST., ETC., R. CO. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by William Edwards against the Forty-Second Street. etc., Railroad Company. No opinion. Motion denied.

ELDREDGE, Respondent, v. BRIGGS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Thomas J. Eldredge against Alonzo C. Briggs and others. No opinion. Judgment unanimously affirmed, with costs.

ELWOOD, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Action by Elsie H. Elwood against the New York, Ontario & Western Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re ERIE COUNTY. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) In the matter of the appointment of an examining board to examine into the operation of an act creating a commissioner of jurors in Erie county. No opinion. Report of commissioners heretofore appointed by this court received and filed. Order entered settling allowances and expenses.

In re EVANS' ESTATE. (Supreme Court, Appellate Division, First Department. March 6, 1903.) In the matter of Eliza J. Evans, deceased. C. E. Hughes, for appellant. J. Fettretch, for respondent.

PER CURIAM. Decree affirmed, with costs, on the opinion of the surrogate. 75 N. Y. Supp. 491.

HATCH, J., dissents.

EVERETT v. DE FONTAINE. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Action by Joseph H. Everett against Wade H. De Fontaine. No opinion. Motion granted.

FARRAR, Respondent, v. KANE, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Eugene A. Farrar against Richard Kane. W. O. Mills, for appellant. E. J. Dunphy, for respondent. No opinion. Judgment affirmed, with costs.

FAVO, Respondent, v. REMINGTON ARMS CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1903.) Action by Petro Favo against the Remington Arms Company. No opinion. Motion denied.

FAY v. PARTRIDGE. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Action by Patrick Fay against John N. Partridge. No opinion. Motion denied.

FINKLE, Appellant, v. VAN BUREN, Respondent. (Supreme Court, Appellate Division, Third Department. March 27, 1903.) Action by Morgan G. Finkle against Edward Van Buren.

PER CURIAM. The trial court was right in refusing to strike out the defendant's answer while a motion, apparently made in good faith at Special Term, to set aside taxation of plaintiff's costs, remained undecided. Order affirmed, with $10 costs and disbursements.

FITZPATRICK, Respondent, v. FOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Action by William J. Fitzpatrick against Patrick and Catherine Fox. No opinion. Motion denied.

FLAMM et al., Appellants, v. PERRY et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 6, 1903.) Action by Eliza J. Flamm and others against Clarence S. Perry and others. No opinion. Motion denied.